## STATE

v.

## William L. BALLARD.

## No. 82–305–C.A.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Dennis J. Roberts II, Atty. Gen., John J. McMahon, Sp. Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Barbara Hurst, Asst. Public Defender, for defendant.

## ORDER

This matter was before the court on December 8, 1982 on an order previously issued to the defendant to show cause why his appeal ought not to be dismissed.

After hearing arguments of counsel thereon, it is the conclusion of the court that no cause has been shown. The appeal of the defendant is denied and dismissed.

■

## STATE

v.

## Daniel CAMPANIELLO.

## No. 82–550–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Dennis J. Roberts II, Atty. Gen., Alan R. Tate, Asst. Atty. Gen., for plaintiff-respondent.

Charles J. Rogers, Jr., Providence, for defendant-petitioner.

## ORDER

The petition for writ of habeas corpus is denied without prejudice to petitioner's renewing his petition after his sentencing if he is denied bail at that time.